**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO. 06-00231-03-CR-W-NKL** |
| **GARY I. MILLER** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge John T.

Maughmer, to which no objection has been filed, the plea of guilty to Counts 1 and 5 of the

Indictment is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set

by subsequent order of the court.

 s/ NANETTE K. LAUGHREY
 NANETTE K. LAUGHREY
 United States District Judge

Kansas City, Missouri
September 25, 2007